THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 2:02-cr-00104-MR-WCM-3

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VICTOR JULIO LOAIZA, )<br>)<br>Defendant. )<br>_____ ) | O R D E R |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss: Case Abatement Due to Death of Defendant [Doc. 283].

Upon review of the Government's motion, and for the reasons stated therein,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 283] is **GRANTED**, and the Bill of Indictment in the above-captioned case is hereby **DISMISSED** with respect to the Defendant Victor Julio Loaiza only.

**IT IS FURTHER ORDERED** that the arrest warrant issued in this case with respect to Victor Julio Loaiza [Doc. 275] is hereby **WITHDRAWN** and **DISMISSED**.

The Clerk of Court is respectfully directed to provide copies of this Order to the United States Attorney and the United States Marshal.

**IT IS SO ORDERED.**

Signed: April 16, 2023

Martin Reidinger
Chief United States District Judge